IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-180 |
| RICHARD ALFORD, ET AL | § | |

MEMORANDUM ORDER ADOPTING THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Michael Williams, an inmate formerly confined at the Mark Stiles Unit in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Warden Richard Alford and Senior Practice Manager Kent Dickerson

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court.  The Magistrate Judge recommends plaintiff's civil rights lawsuit be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings.  No objections to the Report and Recommendation have been filed by the parties to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 27 day of **December, 2011.**

Thad Heartfield
United States District Judge